# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0394. DANIEL W. TAYLOR v. NATHAN DEAL, et al.**

On May 16, 2014, the trial court entered an order denying Daniel Taylor's request to file an action seeking mandamus relief and to proceed in forma pauperis. On June 3, 2014, Taylor filed this application for discretionary appeal.

We lack jurisdiction because the Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"); *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/25/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.